UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDA SOUPHASITH,<br><br>            Plaintiff,<br><br>     v.<br><br>ITT HARTFORD LIFE & ANNUITY INSURANCE COMPANY, and DOES 1 through 50,<br><br>            Defendants. | No. 1:15-cv-01269-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 19) |

On October 17, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each side bearing its own costs and attorneys' fees. (Doc. No. 19.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **October 18, 2016**                              /s/ Dale A. Drozd
                                                                              UNITED STATES DISTRICT JUDGE

1